# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 26, 2013 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER:** | CV-13-1398 (WFK) |
| **NAME OF CASE:** | HOLLINGSWORTH V. NOLAN ET AL |
| **FOR PLAINTIFF(S):** | Fett |
| **FOR DEFENDANT(S):** | Wachs |
| **NEXT CONFERENCE(S):** | APRIL 4, 2014 AT 10:00 A.M., IN-PERSON (See Rulings Below) |

**RULINGS FROM INITIAL CONFERENCE:**

The parties will complete fact discovery by March 27, 2014.  Plaintiff will serve expert disclosures by February 7, 2014.  Defendant will conduct any required medical examination and serve expert disclosures by March 13, 2014.

**NEXT CONFERENCE:  APRIL 4, 2014 AT 10:00 A.M.**  The parties shall be prepared:

(1) to state their respective positions on settlement, with principals with full decision-making authority (up to the amount last demanded for defendants, down to the amount last offered for plaintiffs) present or available by telephone,

(2) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and

(3) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.

Counsel are encouraged to contact my chambers to schedule a settlement conference on an earlier date if they believe it might be productive to do so.